# United States Court of Appeals

## For the Eighth Circuit

_____

No. 19-2886

_____

Donovan Middleton; Harvester Nutrition, LLC

*Plaintiffs - Appellants*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; CR Holdings, LLC; Dominus Health Intermediate Holdco, LLC; Dominus Health Holdings, LLC

*Defendants - Appellees*

_____

No. 19-2887

_____

Herman Hourie; Nutrition Castle, LLC

*Plaintiffs - Appellants*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; CR Holdings, LLC; Dominus Health Intermediate Holdco, LLC; Dominus Health Holdings, LLC

*Defendants - Appellees*

_____

No. 19-2888

_____

Edgar Rojas; Christina Soares

*Plaintiffs - Appellants*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; CR Holdings, LLC; Dominus Health Intermediate Holdco, LLC; Dominus Health Holdings, LLC

*Defendants - Appellees*
_____

No. 19-2889
_____

Bright Future Holdings, LLC

*Plaintiff - Appellant*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; CR Holdings, LLC; Dominus Health Intermediate Holdco, LLC; Dominus Health Holdings, LLC

*Defendants - Appellees*
_____

No. 19-2890
_____

Vivify, Inc.

*Plaintiff - Appellant*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; Dominus Health Intermediate Holdco, LLC; Dominus Health Holdings, LLC; CR Holdings, LLC

*Defendants - Appellees*

_____

No. 19-2891
_____

Warrior Fitness & Nutrition, LLC

*Plaintiff - Appellant*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; CR Holdings, LLC; Dominus Health Holdings, LLC; Dominus Health Intermediate Holdco, LLC

*Defendants - Appellees*

_____

No. 19-2893
_____

Katherina Jerak

*Plaintiff - Appellant*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; CR Holdings, LLC; Dominus Health Intermediate Holdco, LLC; Dominus Health Holdings, LLC

*Defendants - Appellees*

_____

No. 19-2894
_____

M.G. Nutrition, LLC

*Plaintiff - Appellant*

v.

Complete Nutrition Franchising, LLC; Complete Nutrition Franchise Holdings, LLC; CR Holdings, LLC; Dominus Health Intermediate Holdco, LLC; Dominus Health Holdings, LLC

*Defendants - Appellees*
_____

Appeals from United States District Court
for the District of Nebraska - Omaha
_____

Submitted: June 19, 2020
Filed: June 24, 2020
[Unpublished]
_____

Before ERICKSON, WOLLMAN, and STRAS, Circuit Judges.
_____

PER CURIAM.

In these consolidated appeals, 11 franchisees of the Complete Nutrition franchising system appeal the district court's[1] dismissal of their identical diversity actions raising claims under Nebraska state law.  Following a careful review, we conclude that the district court did not err in dismissing the case, see Plymouth Cty. v. Merscorp, Inc., 774 F.3d 1155, 1158 (8th Cir. 2014) (de novo review of dismissal for failure to state a claim); and did not abuse its discretion in denying post-judgment leave to amend, see United States v. Mask of Ka-Nefer-Nefer, 752 F.3d 737, 743 (8th Cir. 2014) (denial of leave to amend is reviewed for abuse of discretion; district court has considerable discretion to deny post-judgment motion for leave to amend because such motions are disfavored).  Accordingly, we affirm.  See 8th Cir. R. 47B.

_____

[1]The Honorable Robert F. Rossiter, Jr., United States District Judge for the District of Nebraska.